# EXHIBIT E

| | |
|---|---|
| **From:** | Hillary Bunsow |
| **To:** | Stein, Alison I.; Keiter, Owen W.; Tim Clausen; Elliot B. Robinson |
| **Cc:** | Servodidio, Gianni P.; Kohlmann, Susan J.; Brett Katz; Justin M. Romeo |
| **Subject:** | RE: Dow Jones & Company, Inc., et al v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF (S.D.N.Y.): Non-party Pieter Abbeel Subpoena |
| **Date:** | Friday, May 29, 2026 4:09:02 PM |
| **Attachments:** | image001.png |

**External Email - <u>Do Not Click</u> Links or Attachments Unless You Know They Are Safe**



Alison,

Mr. Abbeel stands on his objections and will not be producing non-email messages. As I stated previously, the requests are improper at least because they are unduly burdensome and not proportional to the needs of the case. As you saw from Mr. Abbeel's document production, he has very little information responsive to plaintiffs' subpoena. Mr. Abbeel is a non-party, and asking him to undertake a time-consuming and expensive production of non-email messages is unreasonable, particularly considering plaintiffs are able to obtain the messages from the defendants in the underlying litigation.

Best,

Hillary



Hillary N. Bunsow

*Senior Associate & Pro Bono Coordinator*
**Bunsow De Mory LLP**
+1-415-426-4727  o  |  +1-707-738-2455  m
701 El Camino Real, Redwood City, CA 94063
www.bdiplaw.com  |  hillarybunsow@bdiplaw.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the named recipient(s) above and may contain confidential information, legally privileged information and attorney-client work product. The unauthorized use, dissemination, distribution or reproduction of this e-mail message, including attachments, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any copies of any email and printout thereof. Thank you.

**From:** Stein, Alison I. <AStein@jenner.com>
**Sent:** Friday, May 29, 2026 11:00 AM
**To:** Hillary Bunsow <hillarybunsow@bdiplaw.com>; Keiter, Owen W. <OKeiter@jenner.com>; Tim Clausen <tclausen@bdiplaw.com>; Elliot B. Robinson <erobinson@bdiplaw.com>
**Cc:** Servodidio, Gianni P. <GServodidio@jenner.com>; Kohlmann, Susan J. <SKohlmann@jenner.com>; Brett Katz <bkatz@torridonlaw.com>; Justin M. Romeo <jromeo@torridonlaw.com>
**Subject:** RE: Dow Jones & Company, Inc., et al v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF (S.D.N.Y.): Non-party Pieter Abbeel Subpoena

[EXTERNAL]

Hillary-

Since April 23, you have been telling us that you will get back to us on messages and I have had to follow up multiple times you as you continue to drag this out.  For the reasons discussed, we see no basis to refuse to search for and produce any responsive messages, particularly as you have already confirmed that Mr. Abbeel used messaging in connection with his dealings with Perplexity and Srinivas.

We cannot wait any longer and will need to seek intervention at this point if necessary.  Today, please let us know whether:
1. You are refusing to search for and produce messages
2. You have searched messages using the terms we provided and there is nothing responsive (which we feel strongly would strain credulity); or
3. You have searched for (using the search terms provided) and will be producing messages and you will provide us with a date certain when we will have those.

 Thank you,
Alison

---

**From:** Stein, Alison I.
**Sent:** Tuesday, May 26, 2026 9:26 AM
**To:** 'Hillary Bunsow' <hillarybunsow@bdiplaw.com>; Keiter, Owen W. <OKeiter@jenner.com>; Tim Clausen <tclausen@bdiplaw.com>; Elliot B. Robinson <erobinson@bdiplaw.com>
**Cc:** Servodidio, Gianni P. <GServodidio@jenner.com>; Kohlmann, Susan J. <SKohlmann@jenner.com>; Brett Katz <bkatz@torridonlaw.com>; Justin M. Romeo <jromeo@torridonlaw.com>
**Subject:** RE: Dow Jones & Company, Inc., et al v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF (S.D.N.Y.): Non-party Pieter Abbeel Subpoena

Hillary
I hope you had a good holiday weekend.  Please let me know today the status of the production of messages and timing.  We need to know.
Thanks,
Alison

---

**From:** Hillary Bunsow <hillarybunsow@bdiplaw.com>
**Sent:** Thursday, May 21, 2026 11:16 AM
**To:** Stein, Alison I. <AStein@jenner.com>; Keiter, Owen W. <OKeiter@jenner.com>; Tim Clausen

<tclausen@bdiplaw.com>; Elliot B. Robinson <erobinson@bdiplaw.com>
**Cc:** Servodidio, Gianni P. <GServodidio@jenner.com>; Kohlmann, Susan J.
<SKohlmann@jenner.com>; Brett Katz <bkatz@torridonlaw.com>; Justin M. Romeo
<jromeo@torridonlaw.com>
**Subject:** RE: Dow Jones & Company, Inc., et al v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF (S.D.N.Y.):
Non-party Pieter Abbeel Subpoena

<mark>External Email - <u>Do Not Click</u> Links or Attachments Unless You Know They Are Safe</mark>
Hi Alison,

We produced the attachment Bates-stamped with a confidentiality designation.

We disagree with your assertion that the Document Production Protocol imposes any obligations
on Mr. Abbeel as a subpoenaed non-party and stand by our position that the family members are
not responsive to the subpoena.

I will follow up regarding the request for messages.



Hillary N. Bunsow

*Senior Associate & Pro Bono Coordinator*
**Bunsow De Mory LLP**
+1-415-426-4727  o  |  +1-707-738-2455  m
701 El Camino Real, Redwood City, CA 94063
www.bdiplaw.com  |  hillarybunsow@bdiplaw.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the named
recipient(s) above and may contain confidential information, legally privileged information and attorney-client work product.
The unauthorized use, dissemination, distribution or reproduction of this e-mail message, including attachments, is strictly
prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently
delete the original and any copies of any email and printout thereof. Thank you.

---

**From:** Stein, Alison I. <AStein@jenner.com>
**Sent:** Thursday, May 21, 2026 4:37 AM
**To:** Hillary Bunsow <hillarybunsow@bdiplaw.com>; Keiter, Owen W. <OKeiter@jenner.com>; Tim
Clausen <tclausen@bdiplaw.com>; Elliot B. Robinson <erobinson@bdiplaw.com>
**Cc:** Servodidio, Gianni P. <GServodidio@jenner.com>; Kohlmann, Susan J.
<SKohlmann@jenner.com>; Brett Katz <bkatz@torridonlaw.com>; Justin M. Romeo
<jromeo@torridonlaw.com>
**Subject:** RE: Dow Jones & Company, Inc., et al v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF (S.D.N.Y.):
Non-party Pieter Abbeel Subpoena

[EXTERNAL]

Hillary,

Thanks for sending this attachment.  Will you be assigning it any Confidentiality designation and/or Bates number?

On the other nonresponsive attachments, I would note that the Document Production Protocol in this case, which was served on Mr. Abbeel alongside the subpoena, contemplates production of full families, rather than only responsive family members.  We will reserve rights on this topic.

The more significant issue is text messages.  As we made clear nearly a month ago, production of text messages by Mr. Abbeel will be the key component of a negotiated resolution to the subpoena.  However, we still have not received your production or even your position, and we took the time to suggest search terms.  To put a fine point on it, we are out of time to wait for your answer, because, if we have to file a motion to compel, we will need to allow sufficient time to allow a court to consider such a motion.  As such, we need to know before the holiday weekend that you will be producing any responsive text messages imminently or we will have no choice but to pursue relief.

Thanks,
Alison

---

**From:** Hillary Bunsow <hillarybunsow@bdiplaw.com>
**Sent:** Monday, May 18, 2026 2:13 PM
**To:** Stein, Alison I. <AStein@jenner.com>; Keiter, Owen W. <OKeiter@jenner.com>; Tim Clausen <tclausen@bdiplaw.com>; Elliot B. Robinson <erobinson@bdiplaw.com>
**Cc:** Servodidio, Gianni P. <GServodidio@jenner.com>; Kohlmann, Susan J. <SKohlmann@jenner.com>; Brett Katz <bkatz@torridonlaw.com>; Justin M. Romeo <jromeo@torridonlaw.com>
**Subject:** RE: Dow Jones & Company, Inc., et al v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF (S.D.N.Y.): Non-party Pieter Abbeel Subpoena

==External Email - **Do Not Click** Links or Attachments Unless You Know They Are Safe==
Hi Alison,

Please find attached the attachment referenced in ABBEEL_000120.

In addition, with respect to the documents from Eton Venture Services providing valuations of Perplexity, I confirm the position I took on the meet and confer that the family members are nonresponsive to the subpoena.



Hillary N. Bunsow
*Senior Associate & Pro Bono Coordinator*
**Bunsow De Mory LLP**
+1-415-426-4727  o  |  +1-707-738-2455  m

701 El Camino Real, Redwood City, CA 94063
www.bdiplaw.com | hillarybunsow@bdiplaw.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the named recipient(s) above and may contain confidential information, legally privileged information and attorney-client work product. The unauthorized use, dissemination, distribution or reproduction of this e-mail message, including attachments, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any copies of any email and printout thereof. Thank you.

**From:** Hillary Bunsow <hillarybunsow@bdiplaw.com>
**Sent:** Sunday, May 17, 2026 6:34 AM
**To:** Stein, Alison I. <AStein@jenner.com>; Keiter, Owen W. <OKeiter@jenner.com>; Tim Clausen <tclausen@bdiplaw.com>; Elliot B. Robinson <erobinson@bdiplaw.com>
**Cc:** Servodidio, Gianni P. <GServodidio@jenner.com>; Kohlmann, Susan J. <SKohlmann@jenner.com>; Brett Katz <bkatz@torridonlaw.com>; Justin M. Romeo <jromeo@torridonlaw.com>
**Subject:** Re: Dow Jones & Company, Inc., et al v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF (S.D.N.Y.): Non-party Pieter Abbeel Subpoena

Hi Alison,

We are still investigating this issue and I will provide an update as soon as I am able.

**From:** Stein, Alison I. <AStein@jenner.com>
**Sent:** Friday, May 15, 2026 11:28:16 AM
**To:** Hillary Bunsow <hillarybunsow@bdiplaw.com>; Keiter, Owen W. <OKeiter@jenner.com>; Tim Clausen <tclausen@bdiplaw.com>; Elliot B. Robinson <erobinson@bdiplaw.com>
**Cc:** Servodidio, Gianni P. <GServodidio@jenner.com>; Kohlmann, Susan J. <SKohlmann@jenner.com>; Brett Katz <bkatz@torridonlaw.com>; Justin M. Romeo <jromeo@torridonlaw.com>
**Subject:** RE: Dow Jones & Company, Inc., et al v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF (S.D.N.Y.): Non-party Pieter Abbeel Subpoena

**[EXTERNAL]**

Hi Hillary,

I have not heard from you for ten days now, and I need an update today so we can evaluate next steps on our end, against the backdrop of a very tight discovery schedule.  As you know, your client was served the subpoena over two months ago.  While we have worked cooperatively together and you have produced some documents, there is no basis for you to exclude messages.  We have provided you with a reasonable set of search terms, over three weeks ago.  Please let us know today when we can expect a production of messages.

Regards,
Alison

---

**From:** Hillary Bunsow <hillarybunsow@bdiplaw.com>
**Sent:** Tuesday, May 5, 2026 4:52 PM
**To:** Stein, Alison I. <AStein@jenner.com>; Keiter, Owen W. <OKeiter@jenner.com>; Tim Clausen <tclausen@bdiplaw.com>; Elliot B. Robinson <erobinson@bdiplaw.com>
**Cc:** Servodidio, Gianni P. <GServodidio@jenner.com>; Kohlmann, Susan J. <SKohlmann@jenner.com>; Brett Katz <bkatz@torridonlaw.com>; Justin M. Romeo <jromeo@torridonlaw.com>
**Subject:** RE: Dow Jones & Company, Inc., et al v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF (S.D.N.Y.): Non-party Pieter Abbeel Subpoena

<mark>External Email - <u>Do Not Click</u> Links or Attachments Unless You Know They Are Safe</mark>

Hi Alison,

Apologies for the delay.  Pieter is in the midst of a temporary move overseas and thus we are still looking into this.  I hope to have an update for you next week.

 Hillary N. Bunsow
*Senior Associate & Pro Bono Coordinator*
**Bunsow De Mory LLP**
+1-415-426-4727  o  |  +1-707-738-2455  m
701 El Camino Real, Redwood City, CA 94063
www.bdiplaw.com  |  hillarybunsow@bdiplaw.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the named recipient(s) above and may contain confidential information, legally privileged information and attorney-client work product. The unauthorized use, dissemination, distribution or reproduction of this e-mail message, including attachments, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any copies of any email and printout thereof. Thank you.

---

**From:** Stein, Alison I. <AStein@jenner.com>
**Sent:** Monday, May 4, 2026 7:47 AM
**To:** Hillary Bunsow <hillarybunsow@bdiplaw.com>; Keiter, Owen W. <OKeiter@jenner.com>; Tim Clausen <tclausen@bdiplaw.com>; Elliot B. Robinson <erobinson@bdiplaw.com>
**Cc:** Servodidio, Gianni P. <GServodidio@jenner.com>; Kohlmann, Susan J. <SKohlmann@jenner.com>; Brett Katz <bkatz@torridonlaw.com>; Justin M. Romeo <jromeo@torridonlaw.com>
**Subject:** RE: Dow Jones & Company, Inc., et al v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF (S.D.N.Y.): Non-party Pieter Abbeel Subpoena

[EXTERNAL]

Hi Hillary

Hope you had a good weekend. Please provide an update to us today so we can evaluate any next steps, if needed.

Thanks,

Alison

**From:** Hillary Bunsow <hillarybunsow@bdiplaw.com>
**Sent:** Tuesday, April 28, 2026 9:57 AM
**To:** Stein, Alison I. <AStein@jenner.com>; Keiter, Owen W. <OKeiter@jenner.com>; Tim Clausen <tclausen@bdiplaw.com>; Elliot B. Robinson <erobinson@bdiplaw.com>
**Cc:** Servodidio, Gianni P. <GServodidio@jenner.com>; Kohlmann, Susan J. <SKohlmann@jenner.com>; Brett Katz <bkatz@torridonlaw.com>; Justin M. Romeo <jromeo@torridonlaw.com>
**Subject:** Re: Dow Jones & Company, Inc., et al v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF (S.D.N.Y.): Non-party Pieter Abbeel Subpoena

<mark>External Email - **Do Not Click** Links or Attachments Unless You Know They Are Safe</mark>

Hi Alison,

We are evaluating your proposed search terms and will send you our position once ready. I don't know that it will be by Wednesday.

**From:** Stein, Alison I. <AStein@jenner.com>
**Sent:** Monday, April 27, 2026 1:53:35 PM
**To:** Hillary Bunsow <hillarybunsow@bdiplaw.com>; Keiter, Owen W. <OKeiter@jenner.com>; Tim Clausen <tclausen@bdiplaw.com>; Elliot B. Robinson <erobinson@bdiplaw.com>
**Cc:** Servodidio, Gianni P. <GServodidio@jenner.com>; Kohlmann, Susan J. <SKohlmann@jenner.com>; Brett Katz <bkatz@torridonlaw.com>; Justin M. Romeo <jromeo@torridonlaw.com>
**Subject:** RE: Dow Jones & Company, Inc., et al v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF (S.D.N.Y.): Non-party Pieter Abbeel Subpoena

**[EXTERNAL]**

Hi Hillary

Just writing to confirm receipt.  Please let us know your position on the below and your  timing for any forthcoming production by Wednesday of this week, 4/29.

Many thanks,

Alison

**From:** Stein, Alison I.
**Sent:** Thursday, April 23, 2026 8:27 AM

**To:** Hillary Bunsow <hillarybunsow@bdiplaw.com>; Keiter, Owen W. <OKeiter@jenner.com>; Tim Clausen <tclausen@bdiplaw.com>; Elliot B. Robinson <erobinson@bdiplaw.com>
**Cc:** Servodidio, Gianni P. <GServodidio@jenner.com>; Kohlmann, Susan J. <SKohlmann@jenner.com>; Brett Katz <bkatz@torridonlaw.com>; Justin M. Romeo <jromeo@torridonlaw.com>
**Subject:** RE: Dow Jones & Company, Inc., et al v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF (S.D.N.Y.): Non-party Pieter Abbeel Subpoena

Hi Hillary

Thank you for your time in speaking with us yesterday. It was productive.  As discussed during our meet and confer yesterday, we would like for you to search for the following documents related to your recent production:

- ABBEEL_000120 contains a lesser included email from July 2024 in which Abbeel writes: "attached is what I have in my current general audience AI education deck (usually execs from all kinds of major companies), trying to get the point across that Perplexity doesn't make things up, but relies on sources."  This deck was not produced, nor was the original email attaching it.  You stated you would check back with your client to search for these related documents and produce them.
- There are several documents from Eton Venture Services providing valuations of Perplexity.  *See, e.g.*, ABBEEL_000132 (valuation as of April 30, 2023). These were produced without accompanying emails or family members.  Please confirm the stance you took during the meet and confer that these family members are nonresponsive and privileged or produce the related documents or a privilege log.

Additionally, as we also discussed, we will need Mr. Abbeel to search his messaging platforms in order to resolve any remaining disputes with subpoena compliance.  Per your request, we have taken the time to draft the following narrowing proposal.  We have drafted proposed search strings for searching for text messages between Abbeel and the Perplexity's founders (there is strong evidence in the Konwinski production that Abbeel was in touch through one or more messaging tools with the founders).  These searches should be applied to any/all messaging platforms Abbeel used—whether that be iMessages, Slack, Signal, Teams, or other platforms—and with all the Perplexity founders, Aravind Srinivas, Denis Yarats, Andy Konwinski, and Johnny Ho.

- ("scraping" OR scrape* OR "crawling" OR crawl* OR parse* OR parsing OR ((content OR news* OR data) w/5 (acquir* OR acquisition OR gather* OR collect* OR sourc*)))
- ("copyright*" OR "trademark*" OR "infring*" OR plagiar*OR "lawsuit" OR "litigat!"  OR (fair w/3 use) OR "licens*")

- ("terms of use" OR "TOU" OR "terms of service" OR (restrict* w/3 access) OR paywall* OR robot*)
- ("Wall Street Journal" OR WSJ OR "New York Post" OR NYP OR NewsCorp OR "News Corp" OR "Dow Jones" OR NYPost OR "NY Post" OR "Wall St. Journal")
- ("RAG" OR "Retrieval Augmented" OR "retrieval-augmented" OR ground*) AND (content OR *site* OR news OR article* OR work* OR webpage OR journal OR *post* OR "Dow Jones" OR NYP OR WSJ)
- ((skip* w/5 link*) OR "blue links")
- ((news OR journalis*) w/5 market* OR industry) w/20 (impact* OR effect* OR affect* OR harm* OR hurt* OR damag* OR declin* OR dilut* OR usurp*)
- ((market* OR business OR corporat* OR sale*) w/10 plan* OR strateg* OR campaign OR promo* OR approach OR develop* OR entry)

If you are not using a review platform and instead planning on natively running natural language searches on Abbeel's phones, we would recommend using the following: scraping, scrape, crawling, crawl, content, news, gather, collect, source, acquire, acquisition, copyright, trademark, infringement, infringe, plagiarism, plagiarize, lawsuit, litigation, "fair use", licensing, license, "terms of use", paywall, "terms of service", TOU, robots.txt, access, "Wall Street Journal", WSJ, "New York Post", NYP, RAG, "Retrieval Augmented", ground, skip, "skip the link", "blue links", journalism, news, dilution, dilute, usurp, harm, market, strategy, campaign, promote, promotion.

Please respond by the end of the week to confirm you are amenable to the above and a date by which you will make the production.  All rights are reserved.

Best,
Alison

---

**From:** Hillary Bunsow <hillarybunsow@bdiplaw.com>
**Sent:** Thursday, April 16, 2026 9:50 AM
**To:** Keiter, Owen W. <OKeiter@jenner.com>; Tim Clausen <tclausen@bdiplaw.com>; Elliot B. Robinson <erobinson@bdiplaw.com>
**Cc:** Stein, Alison I. <AStein@jenner.com>; Servodidio, Gianni P. <GServodidio@jenner.com>; Kohlmann, Susan J. <SKohlmann@jenner.com>; Brett Katz <bkatz@torridonlaw.com>; Justin M. Romeo <jromeo@torridonlaw.com>
**Subject:** RE: Dow Jones & Company, Inc., et al v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF (S.D.N.Y.): Non-party Pieter Abbeel Subpoena

External Email - Do Not Click Links or Attachments Unless You Know They Are Safe

Hi Owen,

Thank you for your email.  I am not available to confer on Friday.  Please propose some times next week.



**Hillary N. Bunsow**

*Senior Associate & Pro Bono Coordinator*
**Bunsow De Mory LLP**
+1-415-426-4727  o  |  +1-707-738-2455  m
701 El Camino Real, Redwood City, CA 94063
www.bdiplaw.com  |  hillarybunsow@bdiplaw.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the named recipient(s) above and may contain confidential information, legally privileged information and attorney-client work product. The unauthorized use, dissemination, distribution or reproduction of this e-mail message, including attachments, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any copies of any email and printout thereof. Thank you.

**From:** Keiter, Owen W. <OKeiter@jenner.com>
**Sent:** Wednesday, April 15, 2026 5:49 PM
**To:** Tim Clausen <tclausen@bdiplaw.com>; Hillary Bunsow <hillarybunsow@bdiplaw.com>; Elliot B. Robinson <erobinson@bdiplaw.com>
**Cc:** Stein, Alison I. <AStein@jenner.com>; Servodidio, Gianni P. <GServodidio@jenner.com>; Kohlmann, Susan J. <SKohlmann@jenner.com>; Brett Katz <bkatz@torridonlaw.com>; Justin M. Romeo <jromeo@torridonlaw.com>
**Subject:** Re: Dow Jones & Company, Inc., et al v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF (S.D.N.Y.): Non-party Pieter Abbeel Subpoena

[EXTERNAL]

Counsel:

Mr. Abbeel's Responses and Objections state that Mr. Abbeel "will not search for or produce non-email communications including text messages, Slack messages, Reddit messages, etc."  As discussed during the last meet and confer, documents from messaging platforms are both highly relevant and highly important.  In particular, Perplexity's founders appear to have relied extensively upon text messaging, including with key investors and advisors such as Mr. Abbeel.  Plaintiffs have been largely unable to obtain these critical materials from Perplexity itself and therefore must obtain them through third-party discovery.

We appreciate the cooperative approach we have been able to maintain up to this point and would strongly prefer to continue by negotiating a mutually agreeable resolution to this

issue.  Please let us know your availability this Friday, April 17, to meet and confer on this subject.  We are available from 9am to 2pm Pacific time.

Best,

Owen

**Owen W. Keiter**

**Jenner & Block LLP**
1155 Avenue of the Americas
New York, NY 10036-2711  |  jenner.com
+1 212 407 1762  |  Tel
+1 917 513 4773  |  Mobile
Pronouns : He / Him
OKeiter@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system
.

.

---

**From:** Tim Clausen <tclausen@bdiplaw.com>
**Sent:** Monday, April 13, 2026 7:43 PM
**To:** Stein, Alison I. <AStein@jenner.com>; Kohlmann, Susan J. <SKohlmann@jenner.com>
**Cc:** Hillary Bunsow <hillarybunsow@bdiplaw.com>; Elliot B. Robinson <erobinson@bdiplaw.com>
**Subject:** Dow Jones & Company, Inc., et al v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF (S.D.N.Y.): Non-party Pieter Abbeel Subpoena

==External Email - **Do Not Click** Links or Attachments Unless You Know They Are Safe==
Counsel:

Attached for service are non-party Pieter Abbeel's Objections and Responses to Dow Jones and NYP Holding's Subpoena to Produce Documents issued in *Dow Jones & Company, Inc., et al v. Perplexity AI, Inc.*, No. 1:24-cv-07984-KPF (S.D.N.Y.).

Linked below is Mr. Abbeel's document production in response to the Subpoena.  Please note that the documents have been marked "HIGHLY CONFIDENTIAL INFORMATION" pursuant to the Protective Order in the S.D.N.Y. litigation.

Best,



**Tim Clausen**
*Case Manager*
**Bunsow De Mory LLP**
+1-415-426-4743  o  |  +1-415-426-4744  f
701 El Camino Real, Redwood City, CA 94063
www.bdiplaw.com  |  tclausen@bdiplaw.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the named recipient(s) above and may contain confidential information, legally privileged information and attorney-client work product. The unauthorized use, dissemination, distribution or reproduction of this e-mail message, including attachments, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any copies of any email and printout thereof. Thank you.

**ShareFile files**

| ABBEEL_000001-ABBEEL_000274.zip | 110 MB |
|---|---|

Open                                          Link expires on April 27, 2026